**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

JASPER FRAZIER,

Plaintiff,

v.

LLOYD ARNOLD, CRYSTAL RAUPP, KAREN PARKER FOREMAN, MAJOR Z. MILLER, MAJOR C. CICERALE, LT. HARRIS, LT. FROST, LT. EDINBURGH, LT. PIRENICK, LT. HERRERA, LT. O'KEEFE, LT. DELROSA, LT. BUDHAN, SGT. ILEGESIA, SGT. MCGUIRE, SGT.WILLIAMS, SGT. W. DIAZ-LOPEZ, SGT. R. WALLEY, SGT. HOLLOWAY, SGT. CARTER, W. JORDAN, and JPAY,

Defendants.

Civil Action No. 25-18509 (SDW) (JRA)

**WHEREAS OPINION AND ORDER**

September 23, 2026

**WIGENTON**, District Judge.

**THIS MATTER** having come before this Court on Plaintiff Jasper Frazier's motion to reopen the case (ECF No. 32) (the "Motion");

**WHEREAS** a district court may allow a plaintiff to commence a civil action without paying the filing fee—that is, *in forma pauperis*—so long as the plaintiff submits an affidavit demonstrating that he or she is "unable to pay such fees." 28 U.S.C. § 1915(a)(1);

**WHEREAS** on or about January 8, 2026, this Court directed Plaintiff to file a complete application to proceed *in forma pauperis* ("IFP Application") or to pay the required filing fee by February 7, 2026 (ECF No. 6);

**WHEREAS** Plaintiff has not yet filed a complete IFP Application[1] and has not paid the filing fee by the court-ordered deadline of February 7, 2026;

**WHEREAS** Plaintiff instead appended to his Motion an IFP Application that was previously filed in June 2025 in a separate case, *Frazier et al. v. Reagle et al.*, No. 24-1151, a case that was terminated on or about June 1, 2026; therefore

**IT IS**, on this 23rd day of September 2026,

**ORDERED** that Plaintiff shall have fifteen (15) days from the date of this Order to file a complete IFP Application or pay the required filing fee;

**ORDERED** that if Plaintiff fails to file a complete IFP Application or pay the required filing fee, the case will be **DISMISSED** with prejudice; and it is further

**ORDERED** that Plaintiff's Motion to reinstate this matter is hereby **DENIED** without prejudice.

**SO ORDERED.**

/s/ *Susan D. Wigenton*

**SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk

cc: Parties

[1] The IFP Application for a prisoner plaintiff bringing a civil rights action can be found on the website for the U.S. District Court for the District of New Jersey at the following link: https://www.njd.uscourts.gov/sites/njd/files/forms/DNJ-ProSe-007-A_0.pdf.